UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES M. VOGEL, | Case No. 09-CV-1889 (PJS/RLE) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| DEPT. OF CORRECTIONS, DIANE GRINDE, AITKIN COUNTY JAIL, SHERIFF SCOT TURNER, AITKIN COUNTY ADMIN., and DEBRA HAMILTON, | |
| Defendants. | |

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated August 4, 2009, and for failure to prosecute.

2. That the Plaintiff's Application to proceed in forma pauperis [Docket No. 2] is denied, as moot.

Dated: October 11, 2009　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge